IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03210-BNB

DAVID McDERMID,

      Plaintiff,

v.

M. HUCHAN,
HERIBERTO GARZA, and
RENEE D. GRIMES-BOORMAN,

      Defendants.

_____

## ORDER DRAWING CASE

_____

      After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

      ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

      DATED February 11, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge