IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03210-CBS | Date: July 16, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

DAVID McDERMID   *Pro Se*

Plaintiff,

v.

GARZA, et al.   Elizabeth Froehlke

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:10 a.m.**
Court calls case. Appearances of counsel.

All parties have consented to the Jurisdiction of a Magistrate Judge and forms have been filed.

**ORDERED:** The Court accepts Plaintiff's Third Amended Complaint [43] and the document is deemed as filed today. The Third Amended Complaint names Heriberto Garza and Renee Grimes-Boorman. Until Mr. Garza is served in this case, he is not a party in this action. By accepting the Third Amended Complaint, the Motion to Dismiss for Failure to State a Claim [37] is **MOOT**. The Court issues a STAY on discovery pending the Defendant filing a Motion to Dismiss and Mr. McDermid responding to that motion.

Mr. McDermid asks the Court about the statute of limitations of medical malpractice.

Hearing Concluded.

**Court in recess: 11:16 a.m.**
Time in court: 00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.