IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03210-CBS

DAVID MCDERMID,

    Plaintiff,

v.

HERIBERTO GARZA, and
RENEE D. GRIMES-BOORMAN,

    Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by Magistrate Judge Craig B. Shaffer on March 9, 2015, incorporated herein by reference, it is

ORDERED that Defendant Grimes-Boorman's Motion to Dismiss (Doc. No. 46) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's claim against Defendant Garza is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for failure to prosecute.

FURTHER ORDERED  that final judgment is hereby entered in favor of Defendants Heriberto Garza and Renee D. Grimes-Boorman,  and against Plaintiff David McDermid.  It is

FURTHER ORDERED that with no claims or Defendants remaining, this civil action is DISMISSED in its entirety.   It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

DATED at Denver, Colorado this   10th   day of March,  2015.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk